UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                           CHAPTER 13

JOHN R. BEACHUM                                                  CASE NO. 13-81417

# NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**    JPMorgan Chase Bank NA                **Court claim #: 6**

**Last four digits** of any number used to identify the debtor's account: 7279

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $20092.76 (Per Court's Order dated 10/11/13) |
| Amount Paid by Trustee | $20092.76 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan          ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  6/12/17                         /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service

I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 12th Day of June, 2017.

Dated:  6/12/17                         /s/Cynthia K. Burnard

JPMORGAN CHASE BANK NA
NATIONAL PAYMENT SERVICES
PO BOX 24785 MAIL CODE OH4-7164
COLUMBUS, OH 43224-0785

CHASE
PO BOX 901039
FORT WORTH, TX  76101

JPMORGAN CHASE BANK NA
CHASE RECORDS CENTER/CORR MAIL
MC: LA4-555 700 KANSAS LANE
MONROE, LA 71203

CODILIS & ASSOCIATES P C
BANKRUPTCY DEPARTMENT
15W030 N FRONTAGE RD SUITE 100
BURR RIDGE, IL 60527

JOHN R. BEACHUM
2324 SILVERTHORN DR.
ROCKFORD, IL  61007

GERACI LAW LLC
55 E. MONROE, #3400
CHICAGO, IL  60603