# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.: 13-81417 |
| | Chapter: 13 |
| John R Beachum | Hearing: 07/28/2017 at 9:00 a.m. |
| | |
| | Judge Thomas M. Lynch |
| Debtor(s) | |

## NOTICE OF MOTION

**TO:** Lydia Meyer, Chapter 13 Trustee, P.o. Box 14127, Rockford, IL 61105-4127 by electronic notice through ECF

John R Beachum, Debtor(s), 2324 Silverthorn Dr, Rockford, IL 61107

Nathan E Curtis, Attorney for Debtor(s), 55 E. Monroe St. #3400, Chicago, IL 60603 by electronic notice through ECF

PLEASE TAKE NOTICE that on 07/28/17, at 9:00 A.M., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Thomas M. Lynch, Bankruptcy Judge, at U.S. Court House, 327 South Church Street, Rm. 3100, Rockford, Illinois 61101 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on July 3, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on July 3, 2017.

        /s/ Gloria Tsotsos
        Attorney for Creditor

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-14839)**

NOTE: This law firm is a debt collector.

# **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 3, 2017 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on July 3, 2017.

- Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
- Daniel Baldwin, Debtor(s), 23 W 266 Foxcroft Drive, Glen Ellyn, IL 60137
- John J Lynch, Attorney for Debtor(s), 801 Warrenville Road, Suite 152, Lisle, IL 60532 by electronic notice through ECF

                                              s/  Gloria C.Tsotsos
                                                  Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-14839)**

NOTE: This law firm is deemed to be a debt collector.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

| | |
|---|---|
| IN RE:<br><br>　　John R Beachum<br><br>　　　　　　　　　　Debtor(s) | Case No.: 13-81417<br>Chapter: 13<br>Hearing: 07/28/2017 at 9:00 a.m.<br><br>Judge Thomas M. Lynch |

## MOTION TO EXTEND TIME

**NOW COMES** JP MORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO BANK ONE (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to Fed. R. Bankr. P. 9006(b) for an extension of time to file its Response to the Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f) filed by the Trustee, and in support thereof states as follows:

1.　　This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Western Division;

2.　The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 2324 Silverthorn Drive, Rockford, Illinois;

3.　　On 06/12/2017, the Trustee filed and served a Notice of Payment of Final Mortgage Cure Under Rule 3002.1(f);

4.　　Pursuant to Fed. R. Bankr. P. 3002.1(g), the 21 day deadline for Movant to file and serve its Response the Trustee's Notice expires on July 3, 2017;

5. Movant is in the process of preparing its Response but requires additional time to complete, file and serve its Response;

**WHEREFORE,** JP MORGAN CHASE BANK, N.A., SUCCESSOR BY MERGER TO BANK ONE prays this Court enter an Order pursuant to Fed. R. Bankr. P. 9006(b) extending the time for Movant to file its Response to the Trustee's Notice of Final Mortgage Mortgage Cure Under Rule 3002.1(f), and for such other and further relief as this Court may deem just and proper.

Dated this July 3, 2017.

                                                        Respectfully Submitted,
                                                        Codilis & Associates, P.C.

                                                          s/  Gloria C.Tsotsos
                                                             Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-13-14839)**

NOTE: This law firm is deemed to be a debt collector.